Certificate Number: 03788-TXW-CC-011526559



03788-TXW-CC-011526559

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on <u>July 3, 2010</u>, at <u>3:05</u> o'clock <u>PM EDT</u>, <u>Idin Safabakhsh</u> received from <u>Alliance Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 3, 2010</u>   By: <u>/s/Tracey Montoya</u>

Name: <u>Tracey Montoya</u>

Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).