**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| IDIN SAFABAKHSH | § | CASE NO. 10-31410-C |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE LEIF M. CLARK |

**NOTICE OF APPEARANCE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**EMC Mortgage Corporation
PO Box 293150
Lewisville, Texas 75029-3150**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial /s/ Joe M. Lozano, Jr.

Hilary B. Bonial
Joe M. Lozano, Jr.

F# 7660-N-0323
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for EMC Mortgage Corporation

## CERTIFICATE OF SERVICE

    I, Hilary B. Bonial / Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before July 19, 2010:

**Debtors' Attorney**
J. Todd Southern
Attorney At Law
5601 Montana Ste. A
El Paso, TX 79925

**Chapter 13 Trustee**
Stuart C. Cox
1760 N. Lee Trevino Dr.
El Paso, Texas 79936

**U.S. Trustee**
Office of the US Trustee
P. O. Box 1539
San Antonio, Texas 78295-1539

/s/ Hilary B. Bonial /s/ Joe M. Lozano, Jr.

Hilary B. Bonial
Joe M. Lozano, Jr.

7660-N-0323
noaelect