UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:                              )
                                    )
IDIN SAFABAKHSH,                    ) CASE No. 10-31410-LMC-CH13
         Debtor(s).                 )

## APPLICATION FOR FURTHER TIME TO FILE SCHEDULES AND STATEMENT OF AFFAIRS

The application of Debtor(s) respectfully represents:

I.

Applicant has filed a Voluntary Petition under chapter 13 of Title 11 of the United States Code fourteen days prior to the date hereof.

II.

In order to prepare the schedules and statement of affairs required by Rule 108(a) it is necessary to gather information from various documents and to complete the posting of Applicant's books of account, but such posting and gathering of information cannot be concluded for approximately one week and several additional days will be required to prepare the schedules and statement of affairs.

WHEREFORE, Applicant prays that the time for filing schedules and statement of affairs be extended for ten (10) days.

          /S/
J. Todd Southern
Attorney for Debtor
5601 Montana Ste. A
El Paso, Texas 79924
(915) 772-9032
(915) 772-0257

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing motion/instrument by First Class Mail to Mr. Stuart C. Cox, Chapter 13 Trustee, 1760 Lee Trevino, El Paso, Texas 79903; the Debtors, Idin Safabakhsh, 3433 Touchstone, El Paso, Texas 79936, on this 22nd day of July, 2010 and to all the creditors on the attached matrix.

          /s/
J. Todd Southern
**Attorney for Debtor**

AT&T
c/o Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090


AT&T Mobility/Cingular
c/o First Revenue Assurance
P.O. Box 1259
Oaks, PA 19456


AT&T/Cingular Wireless
c/o IC Systems Inc.
P.O. Box 64437
Saint Paul, MN 55164


Barrett, Burke, Wilson, Daffin
Attorneys & Counselors at Law
15000 Surveyor Blvd., Ste. 100
Addison, TX 75001


Blue Clay LLC
c/o James Kirby Read
615 E. Schuster Ave. Bldg 6
El Paso, TX 79902


Capital One
c/o Synergatic Communications Inc.
1301 E. 3rd Ave. Ste. 280
Post Falls, ID 83854


Capital One
c/o First National Collection Bureaus In
610 Waltham Way
Sparks, NV 89434


Capital One Bank
c/o Monarch Recovery Management Inc.
P.O. Box 21089
Philadelphia, PA 19154


Chamizal Emergency Physicians
P.O. Box 78620
Las Vegas, NV 89193

Chase Home Finance
800 E State Hwy 121 Bypass, Fl. 2
Lewisville, TX 75067

Chase Home Finance LLC
2901 Kinwest Parkway
Irving, TX 75063

City of El Paso
c/o Delgado Acosta & Spencer
2211 N. Kansas Ste. 1400
El Paso, TX 79901

Comcorp of El Paso, Inc.
c/o Susan M. Forbes; Attorney
711 Myrtle
El Paso, TX 79901

Donna Moltane
c/o James Kirby Read
615 E. Schuster Ave. Bldg 6
El Paso, TX 79902

Eduardo Arrelano
504 Centernnial Dr.
El Paso, TX 79912

El Paso Tax Assessor Collector
P.O. Box 2992
El Paso, TX 79999-2992

EMC Mortgage Corp.
c/o LCS Financial Svcs. Corp.
6560 Greenwood Plaza Blvd. Ste. 375
Englewood, CO 80111

Greg Malooly
3737 Gateway West
El Paso, TX 79903

HSBC/Orchard Bank
c/o Capital Mgmt. Svcs. LP
726 Exchange St. Ste. 700
Buffalo, NY 14210

James & Claudia Rupley
1128 Baltimore Dr.
El Paso, TX 79902


Juan & Josie Terrazas
10452 Dunlap
El Paso, TX 79924


La Tierra Interiors Inc.
c/o Michael R. Nevarez; Attorney
P.O. Box 920786
El Paso, TX 79902


La Tierra Interiors Solid Surfaces, LLC
c/o Michael R. Nevarez; Attorney
P.O. Box 920786
El Paso, TX 79902


Mitrisin, Beverly
6701 N. Mesa Ste. B
El Paso, TX 79912


Ron Hodges
c/o James Kirby Read
615 E. Schuster Ave. Bldg 6
El Paso, TX 79902


Sierra Providence East Med. Ctr.
c/o Central Financial Control
Box 830913
Birmingham, AL 35283


Thomas G. Hefner, II
4244 John Oblinger
El Paso, TX 79934


Three Wise Men Inc.
c/o Euler Hermes UMA
369 Pine St. #410
San Francisco, CA 94104


Washington Mutual
c/o RJM Acquisition LLC
P.O. Box 18006
Hauppauge, NY 11788

```
Wells Fargo Auto
c/o Pinnacle Financial Gp. Dept 673
P.O. Box 4115
Concord, CA 94524

Wells Fargo Auto
711 W. Broadway Rd.
Tempe, AZ 85282
```