BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP   BDFTE# 00000001870112
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for CHASE HOME FINANCE, LLC AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1 ITS ASSIGNS AND/OR SUCCESSOR IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-31410-LMC-13 |
| | § | |
| IDIN SAFABAKHSH, | § | |
| Debtor | § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for CHASE HOME FINANCE, LLC AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1 ITS ASSIGNS AND/OR SUCCESSOR IN INTEREST , secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at

the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for CHASE HOME FINANCE, LLC AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1 ITS ASSIGNS AND/OR SUCCESSOR IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seg. The undersigned firm will not accept service of process in any adversary case for CHASE HOME FINANCE, LLC AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1 ITS ASSIGNS AND/OR SUCCESSOR IN INTEREST.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

                                            BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

BY: /s/ MARY A. DAFFIN
      MARY A. DAFFIN
      TX NO. 05309200
      1900 ST. JAMES PLACE SUITE 500
      HOUSTON, TX 77056
      Telephone: (713) 621-8673
      Facsimile: (713) 621-8583
      E-mail: WDECF@BDFGROUP.COM
      ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2010, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ MARY A. DAFFIN        7/26/2010
      MARY A. DAFFIN
      TX NO. 05309200
      1900 ST. JAMES PLACE SUITE 500
      HOUSTON, TX 77056
      Telephone: (713) 621-8673
      Facsimile: (713) 621-8583
      E-mail: WDECF@BDFGROUP.COM
      ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
IDIN SAFABAKHSH
3433 TOUCHSTONE PL
EL PASO, TX 79936

**DEBTOR'S ATTORNEY:**
J. TODD SOUTHERN
5601 MONTANA AVE.
STE A
EL PASO, TX 79925

**TRUSTEE:**
STUART C. COX
1760 N. LEE TREVINO DRIVE
EL PASO, TX 79936