**SO ORDERED.**

**SIGNED this 02nd day of August, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: )
)
IDIN SAFABAKHSH, ) CASE No. 10-31410-LMC-CH13
Debtor(s). )

ORDER GRANTING FURTHER TIME FOR FILING
SCHEDULES AND STATEMENT OF AFFAIRS

    Upon application of IDIN SAFABAKHSH, Debtor, praying for an extension of time under Bankruptcy Rule 108(b) and for other relief, it is ORDERED that the time for said Debtor(s) to file schedules, statement of affairs, and other required documentation in this cause be, and hereby is, extended for ten (10) days from the date of the application.

###

Submitted by Attorney for debtor
J. Todd Southern
5601 Montana Ste. A
El Paso, TX 79925
(915) 772-9032
(915) 772-0257 Fax
SBOT 18862450