**SO ORDERED.**

**SIGNED this 02nd day of August, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **IDIN SAFABAKHSH,** | ) CASE No. 10-31410-LMC-CH13 |
| Debtor(s). | ) |

### ORDER GRANTING FURTHER TIME FOR FILING
### SCHEDULES AND STATEMENT OF AFFAIRS

     Upon application of IDIN SAFABAKHSH, Debtor, praying for an extension of time under Bankruptcy Rule 108(b) and for other relief, it is ORDERED that the time for said Debtor(s) to file schedules, statement of affairs, and other required documentation in this cause be, and hereby is, extended for ten (10) days from the date of the application.

                                                         ###

Submitted by Attorney for debtor
J. Todd Southern
5601 Montana Ste. A
El Paso, TX 79925
(915) 772-9032
(915) 772-0257 Fax
SBOT 18862450

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0542-3 | User: cardenasr | Page 1 of 1 | Date Rcvd: Aug 03, 2010 |
| Case: 10-31410 | Form ID: pdfintp | Total Noticed: 1 | |

The following entities were noticed by first class mail on Aug 05, 2010.
db         +Idin Safabakhsh,   3433 Touchstone Pl,   El Paso, TX 79936-0271

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2010**                    **Signature:** _Joseph Speetjens_