# STUART C. COX

**STANDING CHAPTER 13 TRUSTEE IN THE
UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

**PAYMENT ADDRESS:**
P.O. BOX 210
MEMPHIS, TN 38101-0210

**OFFICE:**
1760 N. LEE TREVINO DRIVE
OFFICE: (915) 598-6769
FAX: (915) 598-9002

August 19, 2010

TO:    IDIN SAFABAKHSH
        3433 TOUCHSTONE
        EL PASO, TX 79936

        CASE NO. 10-31410-LMC

## NOTICE OF RESET 341(a) MEETING OF CREDITORS

You are hereby notified that the 341(a) meeting of creditors in the above styled and numbered cause has been reset to Thu Aug 26, 2010 at 10:00 AM. The 341(a) meeting of creditors will be held at 8201 Lockheed Suite #135, El Paso, Texas.

Your cooperation is appreciated.

Cordially,

_____
/s/ Stuart C. Cox
Standing Chapter 13 Trustee


cc:    J. TODD SOUTHERN
        ATTORNEY AT LAW
        5601 MONTANA AVE., #A
        EL PASO, TX 79925-0000