# UNITED STATES BANKRUPTCY COURT
*Western District of Texas*

**8515 Lockheed**
**El Paso, Texas 79925**

*GEORGE D. PRENTICE II*　　　　　　　　　　　　　　　　　　　　　　　　　　　　(915) 779–7362
*CLERK OF COURT*

**DATE:** August 24, 2010

J. Todd Southern
5601 Montana Ste. A
El Paso, TX 79925


**RE:** Declaration for Electronic Filing
　　　　Bankruptcy Case No.:　**10–31410–lmc**
　　　　Case Style:　Idin Safabakhsh

Dear　Mr. Southern :

　　　The original signed Declaration for Electronic Filing, due on 08/10/10　has not been received by the Clerk's Office for the filing of:

*9* – Schedules, Statements, and Summary filed by J. Todd Southern for Debtor Idin Safabakhsh. –Declaration for Electronic Filing due by 08/10/2010 (Southern, J.)

*12* – Amended Petition filed – Amendment(s): Voluntary Petition filed by J. Todd Southern for Debtor Idin Safabakhsh. –Declaration for Electronic Filing due by 08/10/2010 (Southern, J.)


Please submit the original Declaration for Electronic Filing immediately.  If the Declaration of Electronic Filing is not received by **September 7, 2010**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.


　　　　　　　　　　　　　　　　　　　　　　　　George D. Prentice II
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　BY: Christy L. Carouth


cc:　Debtor(s), Trustee

---

| 903 San Jacinto, Suite 322 | U.S. Post Office Annex | U.S. Post Office and Courthouse | 800 Franklin Avenue, Suite 140 |
| --- | --- | --- | --- |
| Austin, Texas 78701 | 100 E. Wall Street, Room P–163 | Hipolito F. Garcia Federal Bldg | Waco, Texas 76701 |
| (512) 916–5237 | Midland, Texas 79701 | and U.S. Courthouse | (254) 750–1513 |
|  | (432) 683–1650 | 615 E. Houston Street, Suite 137 |  |
|  |  | San Antonio, Texas 78205 |  |
|  |  | (210) 472–6720 |  |

[Declaration Due Letter] [LtrDclrdu]