# STUART C. COX

**STANDING CHAPTER 13 TRUSTEE IN THE
UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

**PAYMENT ADDRESS:**
P.O. BOX 210
MEMPHIS, TN 38101-0210

**OFFICE:**
1760 N. LEE TREVINO DRIVE
OFFICE: (915) 598-6769
FAX: (915) 598-9002

August 19, 2010

TO: IDIN SAFABAKHSH
3433 TOUCHSTONE
EL PASO, TX 79936

CASE NO. 10-31410-LMC

NOTICE OF RESET 341(a) MEETING OF CREDITORS

You are hereby notified that the 341(a) meeting of creditors in the above styled and numbered cause has been reset to Thu Aug 26, 2010 at 10:00 AM. The 341(a) meeting of creditors will be held at 8201 Lockheed Suite #135, El Paso, Texas.

Your cooperation is appreciated.

Cordially,

_____
/s/ Stuart C. Cox
Standing Chapter 13 Trustee

cc: J. TODD SOUTHERN
ATTORNEY AT LAW
5601 MONTANA AVE., #A
EL PASO, TX 79925-0000

# CERTIFICATE OF NOTICE

```
District/off: 0542-3           User: cardenasr              Page 1 of 2                   Date Rcvd: Aug 23, 2010
Case: 10-31410                 Form ID: pdfapac             Total Noticed: 40

The following entities were noticed by first class mail on Aug 25, 2010.
db           +Idin Safabakhsh,    3433 Touchstone Pl,    El Paso, TX 79936-0271
14576805     +AT&T,   c/o Asset Acceptance LLC,    P.O. Box 2036,    Warren, MI 48090-2036
14576806     +AT&T Mobility/Cingular,    c/o First Revenue Assurance,    P.O. Box 1259,    Oaks, PA 19456-1259
14576807     +AT&T/Cingular Wireless,    c/o IC Systems Inc.,    P.O. Box 64437,    Saint Paul, MN 55164-0437
14576808     +Barrett, Burke, Wilson, Daffin,    Attorneys & Counselors at Law,    15000 Surveyor Blvd., Ste. 100,
               Addison, TX 75001-4417
14576809     +Blue Clay LLC,   c/o James Kirby Read,    615 E. Schuster Ave. Bldg 6,    El Paso, TX 79902-4360
14576811     +Capital One,   c/o First National Collection Bureaus In,    610 Waltham Way,
               Sparks, NV 89434-6695
14576810     +Capital One,   c/o Synergatic Communications Inc.,    1301 E. 3rd Ave. Ste. 280,
               Post Falls, ID 83854-7544
14576812     +Capital One Bank,   c/o Monarch Recovery Management Inc.,    P.O. Box 21089,
               Philadelphia, PA 19114-0589
14576813      Chamizal Emergency Physicians,    P.O. Box 78620,    Las Vegas, NV 89193
14576814     +Chase Home Finance,    800 E State Hwy 121 Bypass, Fl. 2,    Lewisville, TX 75067-4180
14576815     +Chase Home Finance LLC,    2901 Kinwest Parkway,    Irving, TX 75063-5816
14598930     +Chase Home Finance LLC,    c/o BDFTE, LLP,    1900 St.James Place Suite 500,
               Houston, TX 77056-4125
14576816     +City of El Paso,   c/o Delgado Acosta & Spencer,    2211 N. Kansas Ste. 1400,    El Paso, TX 79902
14576817     +Comcorp of El Paso, Inc.,    c/o Susan M. Forbes; Attorney,    711 Myrtle,   El Paso, TX 79901-2541
14576818     +Donna Moltane,    c/o James Kirby Read,    615 E. Schuster Ave. Bldg 6,    El Paso, TX 79902-4360
14576821     +EMC Mortgage Corp.,    c/o LCS Financial Svcs. Corp.,    6560 Greenwood Plaza Blvd. Ste. 375,
               Englewood, CO 80111-7106
14589068      EMC Mortgage Corporation,    PO Box 293150,    Lewisville, TX 75029-3150
14588187     +EMC Mortgage Corporation,    PO Box 829009,    Dallas, Tx 75382-9009
14576819     +Eduardo Arrelano,    504 Centernnial Dr.,    El Paso, TX 79912-1308
14576820      El Paso Tax Assessor Collector,    P.O. Box 2992,    El Paso, TX 79999-2992
14576822     +Greg Malooly,    3737 Gateway West,    El Paso, TX 79903-4555
14576823     +HSBC/Orchard Bank,    c/o Capital Mgmt. Svcs. LP,    726 Exchange St. Ste. 700,
               Buffalo, NY 14210-1464
14576824     +James & Claudia Rupley,    1128 Baltimore Dr.,    El Paso, TX 79902-2119
14607285     +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
14576825     +Juan & Josie Terrazas,    10452 Dunlap,    El Paso, TX 79924-2312
14576826     +La Tierra Interiors Inc.,    c/o Michael R. Nevarez; Attorney,    P.O. Box 920786,
               El Paso, TX 79902-0014
14576827     +La Tierra Interiors Solid Surfaces, LLC,    c/o Michael R. Nevarez; Attorney,    P.O. Box 920786,
               El Paso, TX 79902-0014
14576828     +Mitrisin, Beverly,    6701 N. Mesa Ste. B,    El Paso, TX 79912-4403
14576829     +Ron Hodges,    c/o James Kirby Read,    615 E. Schuster Ave. Bldg 6,    El Paso, TX 79902-4360
14576830     +Sierra Providence East Med. Ctr.,    c/o Central Financial Control,    Box 830913,
               Birmingham, AL 35283-0913
14597317     +Thomas G. Hefner II,    4244 John B. Oblinger,    El Paso, TX 79934-3790
14576831     +Thomas G. Hefner, II,    4244 John Oblinger,    El Paso, TX 79934-3790
14576832     +Three Wise Men Inc.,    c/o Euler Hermes UMA,    369 Pine St. #410,    San Francisco, CA 94104-3310
14576833     +Washington Mutual,    c/o RJM Acquisition LLC,    P.O. Box 18006,    Hauppauge, NY 11788-8806
14576834     +Wells Fargo Auto,    c/o Pinnacle Financial Gp. Dept 673,    P.O. Box 4115,
               Concord, CA 94524-4115
14576835     +Wells Fargo Auto,    711 W. Broadway Rd.,    Tempe, AZ 85282-1218
14631359     +Wells Fargo Bank,    Overdraft Recovery Payment Pro. Dept.,    A0143-042,   P.O. Box 63491,
               San Francisco, Ca 94163-0001
The following entities were noticed by electronic transmission on Aug 23, 2010.
14587757     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 24 2010 01:08:29
               Capital One Auto Finance (CODB) c/o Ascension Capi,    P.O. Box 201347,
               Arlington, TX 76006-1347
14629149      E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2010 01:14:12
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Chase Home Finance LLC
cr*          +EMC Mortgage Corporation,    PO Box 829009,    Dallas, Tx 75382-9009
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0542-3        User: cardenasr          Page 2 of 2              Date Rcvd: Aug 23, 2010
Case: 10-31410              Form ID: pdfapac         Total Noticed: 40

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2010**          **Signature:** _Joseph Speetjens_