# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**8515 Lockheed**
**El Paso, Texas 79925**

*GEORGE D. PRENTICE II* (915) 779–7362
*CLERK OF COURT*

DATE: August 24, 2010

J. Todd Southern
5601 Montana Ste. A
El Paso, TX 79925

RE: **Declaration for Electronic Filing**
        Bankruptcy Case No.: **10–31410–lmc**
        Case Style: Idin Safabakhsh

Dear Mr. Southern :

The original signed Declaration for Electronic Filing, due on 08/10/10 has not been received by the Clerk's Office for the filing of:

*9* – Schedules, Statements, and Summary filed by J. Todd Southern for Debtor Idin Safabakhsh. –Declaration for Electronic Filing due by 08/10/2010 (Southern, J.)

*12* – Amended Petition filed – Amendment(s): Voluntary Petition filed by J. Todd Southern for Debtor Idin Safabakhsh. –Declaration for Electronic Filing due by 08/10/2010 (Southern, J.)

Please submit the original Declaration for Electronic Filing immediately. If the Declaration of Electronic Filing is not received by **September 7, 2010**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

                      George D. Prentice II
                      Clerk, U. S. Bankruptcy Court

                      BY: Christy L. Carouth

cc: Debtor(s), Trustee

903 San Jacinto, Suite 322  |  U.S. Post Office Annex  |  U.S. Post Office and Courthouse  |  800 Franklin Avenue, Suite 140
Austin, Texas 78701  |  100 E. Wall Street, Room P–163  |  Hipolito F. Garcia Federal Bldg and U.S. Courthouse  |  Waco, Texas 76701
(512) 916–5237  |  Midland, Texas 79701  |  615 E. Houston Street, Suite 137  |  (254) 750–1513
   |  (432) 683–1650  |  San Antonio, Texas 78205  |   
   |     |  (210) 472–6720  |   

[Declaration Due Letter] [LtrDclrdu]

# CERTIFICATE OF NOTICE

```
District/off: 0542-3          User: carouthc           Page 1 of 1              Date Rcvd: Aug 24, 2010
Case: 10-31410                Form ID: 234             Total Noticed: 1

The following entities were noticed by first class mail on Aug 26, 2010.
db           +Idin Safabakhsh,    3433 Touchstone Pl,    El Paso, TX 79936-0271

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2010**              **Signature:** *Joseph Speetjens*