# STUART C. COX

**STANDING CHAPTER 13 TRUSTEE IN THE
UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

**PAYMENT ADDRESS:**　　　　　　　　　　　　　　　　　　　　　**OFFICE:**
P.O. BOX 210　　　　　　　　　　　　　　　　　　　　　　　　　　1760 N. LEE TREVINO DRIVE
MEMPHIS, TN 38101-0210　　　　　　　　　　　　　　　　　　　　OFFICE: (915) 598-6769
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: (915) 598-9002

August 27, 2010

TO:　IDIN SAFABAKHSH
　　　3433 TOUCHSTONE
　　　EL PASO, TX 79936

　　　CASE NO. 10-31410-LMC

## NOTICE OF RESET 341(a) MEETING OF CREDITORS

You are hereby notified that the 341(a) meeting of creditors in the above styled and numbered cause has been reset to Thu Sep 2, 2010 at 11:00 AM. The 341(a) meeting of creditors will be held at 8201 Lockheed Suite #135, El Paso, Texas.

Your cooperation is appreciated.

Cordially,

_____
/s/ Stuart C. Cox
Standing Chapter 13 Trustee


cc:　J. TODD SOUTHERN
　　　ATTORNEY AT LAW
　　　5601 MONTANA AVE., #A
　　　EL PASO, TX 79925-0000