FILED
SEP -8 2010
U.S. BANKRUPTCY COURT
BY_____DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-31410-LMC-CH13 |
| | § | |
| | § | |
| IDIN SAFABAKHSH, | § | |
| Debtor(s). | § | JUDGE LEIF M. CLARK |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO DEBTOR(S), TRUSTEE, CREDITORS AND ALL OTHER INTERESTED PARTIES:

Comes now The Law Offices of Michael R. Nevarez, A Professional Corporation, pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Request for Service of Papers as counsel and authorized agent for La Tierra Interiors, Inc. and La Tierra Interiors Solid Surfaces, LLC, claimants, creditors and parties in interest in the above captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court, be timely given to and served upon the undersigned attorney at the address and telephone number set forth below.

This request encompasses all notices and pleadings, including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications,

disclosure statement or plan of reorganization, or any other documents brought before this Court in this case, all of which are to be timely given to and served upon the undersigned attorney at the address and telephone number set forth below.

                                      Respectfully submitted,

                                      THE LAW OFFICES OF MICHAEL R. NEVAREZ
                                      A Professional Corporation
                                      P.O. Box 920786
                                      El Paso, Texas 79902
                                      Telephone: (915) 603-1882
                                      Facsimile: (915) 538-7413
                                      Email: MRN@MRN4Law.com

Date: September 8, 2010                  /s/ Michael R. Nevarez
                                      By: **MICHAEL R. NEVAREZ**
                                      State of Texas Bar No. 14933400

                                      Attorney for Claimants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Duplicate Notice was served either by electronic means as listed on the Court's ECF noticing system, or by regular first class mail, postage prepaid, to the following parties in interest, on or before September 8, 2010:

DEBTOR:
IDIN SAFABAKHSH
3433 TOUCHSTONE PL
EL PASO, TX 79936

DEBTOR'S ATTORNEY:
J. TODD SOUTHERN
5601 MONTANA AVE.
STE A
EL PASO, TX 79925

TRUSTEE:
STUART C. COX
1760 N. LEE TREVINO DRIVE
EL PASO, TX 79936

Respectfully submitted,

The Law Offices of Michael R. Nevarez
A Professional Corporation
P.O. Box 920786
El Paso, Texas 79902
Telephone: (915) 603-1882
Facsimile: (915) 538-7413
Email: MRN@MRN4Law.com

September 8, 2010

/s/ Michael R. Nevarez
By: MICHAEL R. NEVAREZ
State of Texas Bar No. 14933400

Attorney for Claimants